NO. 07-11-0073-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL C

 

APRIL 29, 2011

 

______________________________

 

 

FORD MOTOR COMPANY, APPELLANT

 

V.

 

SCOTT HARTWELL, APPELLEE

 

 

_________________________________

 

FROM THE 193RD DISTRICT COURT OF DALLAS
COUNTY;

 

NO. 09-14735-L; HONORABLE CARL GINSBERG, JUDGE

 

_______________________________

 

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

            Pending before this
Court is Ford Motor Company's Unopposed Amended Motion to Dismiss Appeal in which it represents it no
longer wishes to pursue this appeal against Appellee, Scott Hartwell.  Without passing on the merits of the case, the
motion is granted and the appeal is dismissed with prejudice.  Tex. R. App. P. 42.1(a)(1).  No
agreement by the parties on costs having been presented in the motion, costs
will be taxed against Appellant.  Tex. R. App. P. 42.1(d).  Having dismissed the appeal at Appellant's request, no motion
for rehearing will be entertained and our mandate will issue forthwith.

                                                                                    Patrick A. Pirtle

                                                                                          Justice